No. 420. Ex PARTE JOSÉ D. RODRÍGUEZ, PETITIONER.—Petition for approval of notarial bond executed by the National Surety Company on December 20, 1913. Decided December 22, 1913. Bond approved.

---

No. 422. Ex PARTE ROSENDO CORDERO RODRÍGUEZ, PETITIONER.—Petition for approval of notarial bond No. 2684 executed by the National Surety Company on December 22, 1913. Decided December 23, 1913. Bond approved. The petitioner appeared *pro se*.

---

No. 181. Ex PARTE MIGUEL GUERRA, PETITIONER.—Petition for the approval of the personal notarial bond executed by Arturo and Gabriel Guerra in a deed of December 15, 1913, before Notary Francisco de la Torre. Decided December 23, 1913. Bond approved. Petitioner appeared *pro se*.

---

No. 1086. MONGE, PLAINTIFF AND RESPONDENT, *v.* CENTRAL VANNINA, DEFENDANT AND APPELLANT.—Appeal from the District Court of San Juan, Section 1. Motion of the respondent for the dismissal of the appeal because of failure to file a statement of the case or bill of exceptions. Decided December 23, 1913. Motion overruled because the 30 days allowed from the date of taking the appeal for the filing of the transcript of the record had not expired. *Mr. Hugh R. Francis* for the respondent. *Messrs. Hartzell & Rodríguez Serra* for the appellant.